# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AUGME TECHNOLOGIES, INC, <br><br> Plaintiff, <br><br> v. <br><br> MILLENNIAL MEDIA, INC., <br><br> Defendant | C.A. 1:12-cv-00424-LPS |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

Augme Technologies, Inc. and Millennial Media, Inc. have entered into a settlement agreement to resolve this litigation. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), Augme and Millennial Media hereby jointly move the Court to dismiss with prejudice all claims and counterclaims asserted in this litigation by and between Augme and Millennial Media, and dismiss without prejudice all defenses of patentability, invalidity, unenforceability, and non-infringement. Each party will bear its own costs, expenses and attorneys' fees.

Dated: December 2, 2013

*/s/ Edmond D. Johnson*
Edmond D. Johnson (Del. Bar No. 2257)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel. (302) 777-6500

*Attorneys for Plaintiff*
*Augme Technologies, Inc.*

*/s/ Steven J. Balick*
Steven J. Balick (Del. Bar No. 2114)
**ASHBY & GEDDES**
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel. (302) 654-1888

*Attorneys for Defendant*
*Millennial Media, Inc.*

**SO ORDERED** THIS ___ DAY OF_____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE